UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21MC102(AKH) |
| LUZ DIAZ (AND HUSBAND, JOSE DIAZ CASTILLO), | 08CV2607(AKH) |
| Plaintiff(s), | **NOTICE OF APPEARANCE** |
| -against- | |
| 2 BROADWAY LLC, et al., | |
| Defendants. | |

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendants **2 BROADWAY LLC** in the above-captioned action and all future correspondence and papers filed or serviced in connection with the above-captioned action are to be directed to the undersigned.

Dated:   New York, New York
         May 20, 2008

Yours etc.,

HARRIS BEACH PLLC
*Attorneys for Defendant*
**2 BROADWAY LLC**

_____/s/_____
Stanley Goos, Esq. (SG-7062)
100 Wall Street
New York, NY  10005
212 687-0100
212 687-0659 (Fax)

## CERTIFICATION AS TO SERVICE

The undersigned certifies that on May 20, 2008, I caused to be filed and served the following document electronically via the Court's ECF system upon the parties:

1. 2 Broadway LLC Notice of Appearance

Dated: May 20, 2008

                                                  /s/
                               Stanley Goos, Esq. (SG 7062)